**Order filed February 26, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00636-CV
_____

**CAREFUSION CORPORATION, Appellant**

**V.**

**RICHARD L. GUINN, INDIVIDUALLY AND AS CO-REPRESENTATIVE OF THE ESTATE OF BENJAMIN E. GUINN AND CONNIE A. GUINN, INDIVIDUALLY AND AS CO-REPRESENTATIVE OF THE ESTATE OF BENJAMIN E. GUINN, Appellees**

---

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 62850**

---

## O R D E R

On November 6, 2013, appellant informed this court that the parties had reached a settlement in this appeal and underlying lawsuit. According to appellant, the parties anticipated finalizing the settlement within forty-five days and a motion

to dismiss this appeal would be filed. As of this date, no motion to dismiss has been filed.

Accordingly, unless a motion to dismiss, other dispositive motion, or a motion for an extension of time to file a dispositive motion is filed within 10 days of the date of this order this appeal will be set for submission in accordance in with usual court procedures.

PER CURIAM